**O'REILLY LAW GROUP, LLC**
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Facsimile:  (702) 384-6266

**BIENERT, MILLER, WEITZEL & KATZMAN**
Steven J. Katzman, Esq.
California Bar No. 132755
115 Avenida Miramar
San Clemente, California  92672
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
E-Mail: skatzman@bmwklaw.com

Attorneys for Defendants
MARY PETERSEN, MICHAEL PETERSEN AND KATHRYN PETERSEN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| USACM LIQUIDATING TRUST and USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>  Plaintiffs,<br><br>vs.<br><br>MARY PETERSEN, individually and as TRUSTEE of the MARY PETERSEN FAMILY TRUST DTD 8/12/98; MICHAEL PETERSEN, individually and as TRUSTEE of the MICHAEL D. PETERSEN FAMILY TRUST DTD 8/12/98; KATHRYN L. PETERSEN, individually and as TRUSTEE of the KATHRYN L. PETERSEN LIVING TRUST and TRUSTEE of the KLP TRUST DTD 7/15/99,<br><br>  Defendants.<br>_____<br><br>USACM LIQUIDATING TRUST and USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>  Plaintiffs,<br><br>vs.<br><br>KATHRYN L. PETERSEN, individually and as TRUSTEE of the KATHRYN L. PETERSEN LIVING TRUST and TRUSTEE of the KLP TRUST DTD 7/15/99, and SPECIALIZED DEVELOPMENT TAHOE, LLC,<br><br>  Defendants.<br>_____ | CASE NO.: 2:09-CV-00239-JCM-LRL<br><br>**ORDER ON MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE BANKRUPTCY COURT AND FOR CONSOLIDATION** |

1

On July 10, 2009, the Motion for Withdrawal of the Reference to the Bankruptcy Court Pursuant to 28 U.S.C. §157(d) and Fed. R. Bankr. P. 5011(a) (the "Withdrawal Motion") and for Consolidation Pursuant to Fed. R. Civ. P. 42(a) (the "Consolidation Motion") filed by Defendant Mary Petersen, Individually and as Trustee of the Mary Petersen Family Trust Dtd 8/12/98; Michael Petersen, Individually and as Trustee of the Michael D. Petersen Family Trust Dtd 8/12/98; Kathryn Petersen, Individually and as Trustee of the Kathryn Petersen Living Trust and Trustee the KLP Trust Dtd 7/15/99; and Specialized Development Tahoe, LLC (collectively, the "Petersens") was heard. John O'Reilly of the O'Reilly Law Group, LLC and Steven Katzman of Bienert, Miller, Weitzel and Katzman appeared on behalf of the Petersens. Eric Madden, Max Beatty and Michael Yoder of Diamond McCarthy, LLP appeared on behalf of Plaintiffs USACM Liquidating Trust (the "USACM Trust") and USA Capital Diversified Trust Deed Fund, LLC ("DTDF") (collectively, the "Plaintiffs"). Rosa Solis-Rainey of Morris Peterson appeared on behalf of non-party defendant Deloitte & Touche, LLP ("Deloitte").

Having considered the above referenced Motions, the Oppositions of Plaintiffs and Deloitte, the applicable Reply to the Motions, and the arguments of counsel at the hearing,

IT IS HEREBY ORDERED that the Consolidation Motion is Denied without Prejudice;

IT IS FURTHER ORDERED that the Withdrawal Motion is moot and therefore denied without prejudice.

DATED April 21, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

/ / /

/ / /

2

1  Submitted by:

3  /s/ Timothy R. O'Reilly
O'REILLY LAW GROUP, LLC
4  John F. O'Reilly, Esq.
Timothy R. O'Reilly, Esq.
5  325 S. Maryland Parkway
Las Vegas, Nevada 89101
6  Telephone:  (702) 382-2500
7  Facsimile:  (702) 384-6266
E-Mail: tor@oreillylawgroup.com
8  Co-Counsel for Defendants MARY
PETERSEN, MICHAEL PETERSEN AND
9  KATHRYN PETERSEN

/s/ Steven J. Katzman
BIENERT, MILLER, WEITZEL &
KATZMAN
Steven J. Katzman, Esq.
115 Avenida Miramar
San Clemente, California  92672
Telephone:  (949) 369-3700
Facsimile:  (949) 369-3701
E-Mail: skatzman@bmwklaw.com
Co-Counsel for Defendants MARY
PETERSEN, MICHAEL PETERSEN AND
KATHRYN PETERSEN

12  [APPROVED]   / DISAPPROVED AS TO FORM AND CONTENT:

[APPROVED]   / DISAPPROVED AS TO FORM AND CONTENT:

14  /s/ Eric D. Madden
DIAMOND McCARTHY, LLP
15  Eric D. Madden, Esq.
1201 Elm Street, Suite 3400
16  Dallas, Texas  75270
E-Mail: emadden@diamondmccarthy.com
17  Special Litigation Counsel for USACM
LIQUIDATING TRUST and USA CAPITAL
18  DIVERSIFIED TRUST DEED FUND, LLC

/s/ Rosa Solis-Rainey
MORRIS PETERSON
Rosa Solis-Rainey, Esq.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada  89101
Attorneys for Interested Party DELOITTE &
TOUCHE